UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-82403-Civ-Ryskamp/Vitunac

DAVID A. RUBIN,
on behalf of himself and
all others similarly situated,

        Plaintiff,

vs.

JPMORGAN CHASE & CO.,
JPMORGAN CHASE BANK, N.A.,
CHASE BANK USA, N.A., and
JOHN DOE,

        Defendants.
_____/

## SATISFACTION OF JUDGMENT

The undersigned owner and holder of a Final Judgment (DE 46) entered April 20, 2011 against, JP Morgan Chase & Co., JP Morgan Chase Bank, N.A., Chase Bank USA, N.A., and John Doe, acknowledges that full payment thereof has been received and the Judgment is satisfied.

                                                                  David A. Rubin

STATE OF FLORIDA        )
                                       ss:
COUNTY OF BROWARD  )

The foregoing Satisfaction of Judgment was acknowledged before me this

___13___ day of ___December___, 2011 by David A. Rubin, who is personally known to me or who produced _____ as identification and who did/did not take an oath.

_____
NOTARY PUBLIC, State of Florida

My Commission Expires:

NOTARY PUBLIC-STATE OF FLORIDA
Sandra W. Fillichio
Commission # DD763420
Expires: MAY 16, 2012
BONDED THRU ATLANTIC BONDING CO., INC.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-82403-Civ-Ryskamp/Vitunac

DAVID A. RUBIN,
on behalf of himself and
all others similarly situated,

      Plaintiff,

vs.

JPMORGAN CHASE & CO.,
JPMORGAN CHASE BANK, N.A.,
CHASE BANK USA, N.A., and
JOHN DOE,

      Defendants.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 13, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                  s/Donald A. Yarbrough
                                                  Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Dennis M. Campbell, Esq.
Campbell Law Firm, PLLC
Suite 514
95 Merrick Way
Coral Gables, FL 33134
Telephone: 305-444-6040
Facsimile: 305-444-6041

**Via Notices of Electronic Filing generated by CM/ECF**